IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| WILLIE AND MARGUERITA TAPLIN, | § | |
|---|---|---|
| Plaintiffs, | § | |
| V. | § | No. 3:17-cv-3404-M-BN |
| WELLS FARGO BANK, N.A. | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 27, 2018, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. This Court therefore grants Defendant's Motion for Summary Judgment [Dkt. No. 11] and dismisses all of Plaintiffs Willie and Marguerita Taplin's claims against Defendant Wells Fargo Bank, N.A. with prejudice.

**SO ORDERED** this 4th day of January, 2019.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**